Civil Action No.    8:25-cv-03021-MSS-AEP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Antojitos Navidenos, LLC**
was recieved by me on  **11/11/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Lisbeti Navidenos**, who is designated by law to accept service of process on behalf of **Antojitos Navidenos, LLC** at **635 Robin Rd, Lakeland, FL 33803** on **11/12/2025 at 11:01 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 90.00** for services, for a total of **$ 90.00**.

I declare under penalty of perjury that this information is true.

Date:   11/13/2025

*Server's signature*

**Ken Steele**
*Printed name and title*

**4068 Festival Pointe Boulevard**
**Mulberry, FL 33860**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; CIVIL COVER SHEET, to Lisbeti Navidenos who identified themselves as the person in charge with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic female contact 25-35 years of age, 5'-5'4" tall and weighing 80-120 lbs with an accent.**



Tracking #: **0194906804**

