AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    8:25-cv-03021-MSS-AEP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Orquidea Velez Cardona**
was recieved by me on  **11/21/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Fabianelys Doris**, a person of suitable age and discretion who resides at **635 Robin Rd, Lakeland, FL 33803**, on **11/25/2025 at 4:11 PM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 90.00** for services, for a total of **$ 90.00**.

I declare under penalty of perjury that this information is true.

Date:   11/25/2025

*Server's signature*

**Rosana Reyes**
*Printed name and title*

**1106 Eagle Pond Dr
Winter haven, FL 33884**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; CIVIL COVER SHEET,  to Fabianelys Doris who identified themselves as the employee, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic female contact 25-35 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**



Tracking #: **0196797910**

